559 A.2d 524

**Charles D. HILDRETH, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY, Respondent.**

Supreme Court of Pennsylvania.

June 14, 1989.

## ORDER

PER CURIAM.

The petition for allowance of appeal of Charles D. Hildreth is granted, and the order of Commonwealth Court, —— Pa.Cmwlth. ——, 550 A.2d 1057, which affirmed the

order of the Court of Common Pleas of Washington County suspending petitioner's operating privileges, is hereby reversed on the basis of this Court's decision in *Commonwealth of Pennsylvania, Department of Transportation v. O'Connell*, 521 Pa. 242, 555 A.2d 873 (1989).